**Abraham J. Corn, appellee, v. William Shapiro, appellant. Gen. No. 31,503.**

Action for money had and for services rendered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of

this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Richard W. Donovan, for appellant. Irving S. Abrams, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.